UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED - GR**
November 3, 2025 9:05 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: /W /11-3

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIAN DEAN LEWIS,

    Defendant.
_____/

**1:25-cr-158**
**Jane M. Beckering**
**U.S. District Judge**

**FELONY INFORMATION**

The United States Attorney charges:

**Possession with Intent to Distribute Amphetamine**

On or about November 4, 2024, in Kent County, in the Southern Division of the Western District of Michigan, the defendant,

BRIAN DEAN LEWIS,

knowingly and intentionally possessed with intent to distribute amphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

TIMOTHY VERHEY
United States Attorney

Date: November 3, 2025

ALEXIA A. JANSEN
Assistant United States Attorney